**704**

133 So.2d 702

James GOBER

v.

**CITY OF BIRMINGHAM.**

6 Div. 762.

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of James Gober for certiorari to the Court of Appeals to review and revise the judgment and decision in Gober v. City of Birmingham, 133 So.2d 697.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

130 So.2d 240

Joe HENDRICKS

v.

**CITY OF BIRMINGHAM.**

6 Div. 689.

Supreme Court of Alabama.

March 2, 1961.

Rehearing Denied May 25, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, opposed.

GOODWYN, Justice.

Petition for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Hendricks v. City of Birmingham, 130 So.2d 239.

This is one of fourteen cases presenting the same questions as those discussed in White v. City of Birmingham, ante, p. 301, 130 So.2d 234. On authority of that case, the writ is due to be denied.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.